| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known): _____   Chapter  **7** |

☐ Check if this is an amended filing

Official Form 201

**Voluntary Petition for Non-Individuals Filing for Bankruptcy**  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name**  
   Triple J. Services, TX LLC

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  
   9 2 – 1 4 0 2 2 7 6

4. **Debtor's address**

   **Principal place of business**

   Triple J. Services, Tx LLC  
   Number    Street  
   16319 Avenue D  
   _____  
   Channelview          TX      77530  
   City                State    ZIP Code

   Harris  
   County

   **Mailing address, if different from principal place of business**  
   Number    Street  
   P.O. Box  
   City                State    ZIP Code

   **Location of principal assets, if different from principal place of business**  
   Number    Street  
   City                State    ZIP Code

5. **Debtor's website (URL)**

6. **Type of debtor**  
   ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☐ Partnership (excluding LLP)  
   ☑ Other.  Specify: **Construction Company**

Debtor **Triple J. Services, TX LLC** _____  Case number (if known) _____

**7. Describe debtor's business**

A. Check one:
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. Check all that apply:
- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See
http://www.uscourts.gov/four-digit-national-association-naics-codes

**2  3  6  2**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

Check one:
- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11.  Check all that apply:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

Debtor  **Triple J. Services, TX LLC** _____  Case number (if known) _____

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No
   ☐ Yes.  District _____  When _____ (MM / DD / YYYY)  Case number _____
             District _____  When _____ (MM / DD / YYYY)  Case number _____
             District _____  When _____ (MM / DD / YYYY)  Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☒ No
    ☐ Yes.  Debtor _____  Relationship _____
              District _____  When _____ (MM / DD / YYYY)
              Case number, if known _____

              Debtor _____  Relationship _____
              District _____  When _____ (MM / DD / YYYY)
              Case number, if known _____

11. **Why is the case filed in *this district*?**

    *Check all that apply:*

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** *(Check all that apply.)*

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
    Number  Street
    _____
    _____  _____  _____
    City    State   ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes.  Insurance agency _____
              Contact name _____
              Phone _____

Debtor **Triple J. Services, TX LLC** _____   Case number (if known) _____

## Statistical and adminstrative information

| | | | |
|---|---|---|---|
| 13. | Debtor's estimation of available funds | *Check one:* | |
| | | ☐ Funds will be available for distribution to unsecured creditors. | |
| | | ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | |

| | | | | |
|---|---|---|---|---|
| 14. | Estimated number of creditors | ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| | | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | | ☐ 200-999 | | |

| | | | | |
|---|---|---|---|---|
| 15. | Estimated assets | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| | | | | |
|---|---|---|---|---|
| 16. | Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **07/11/2023**
MM / DD / YYYY

X **/s/ Kathleen S. Martin** _____
Signature of authorized representative of debtor
**Kathleen S. Martin**
Printed name
**Managing Director**
Title

Debtor **Triple J. Services, TX LLC**                         Case number (if known) _____

**18. Signature of attorney**

X **/s/ Aaron W. McCardell Sr.**                              Date **07/11/2023**
Signature of attorney for debtor                              MM / DD / YYYY

**Aaron W. McCardell Sr.**
Printed name

**THE MCCARDELL LAW FIRM, PLLC**
Firm name

**440 Louisiana**
Number       Street

**Suite 1575**

**Houston**                          **TX**         **77002**
City                                 State         ZIP Code

**(713) 236-8736**                   **amccardell@mccardelllaw.com**
Contact phone                        Email address

**24120996**                         **TX**
Bar number                           State

| Fill in this information to identify the case: |
|---|
| Debtor  **Triple J. Services, TX LLC** |
| United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims            12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left.
If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | **Total claim** | **Priority amount** |
|---|---|---|---|

| **2.1** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
|---|---|---|
| | _____ | ☐ Contingent |
| | _____ | ☐ Unliquidated |
| | _____ | ☐ Disputed |
| | _____ | **Basis for the claim:** _____ |
| | **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** ☐ No  ☐ Yes |
| | **Last 4 digits of account number** ___ ___ ___ ___ | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( _____ ) | |

Debtor **Triple J. Services, TX LLC**   Case number (if known) _____

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| | |
|---|---|
| **3.1 Nonpriority creditor's name and mailing address** | **$109,000.00** |
| **Advanced Steel Solutions MFG, Inc** | |
| **P.O. Box 459** | |
| **Channelview   TX   77530** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Construction Supples**

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

---

**3.2 Nonpriority creditor's name and mailing address**   **$7,777.50**
**Budget Ready Mix LLC**
**14915 Market Street**
**Houston   TX   77015**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Concrete**

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

---

**3.3 Nonpriority creditor's name and mailing address**   **$2,143.36**
**Costal Mats**
**P.O. Box 201**
**Channelview   TX   77530**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Supplies**

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

---

**3.4 Nonpriority creditor's name and mailing address**   **$18,405.61**
**FSC Supply, LLC**
**P.O. Box 9821**
**Spring   TX   77387**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Construction Supplies**

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

| Debtor | **Triple J. Services, TX LLC** | Case number (if known) | |
|---|---|---|---|

**Part 2:   Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.5** Nonpriority creditor's name and mailing address

**Liberty Mutual Insurance Co**
**P.O. Box 841843**

**Dallas**          **TX**     **75284**

Date or dates debt was incurred
Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Workers Comp**

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

**3.6** Nonpriority creditor's name and mailing address

**SMYRNA Ready Mix Concrete, LLC**
**1701 Royal College RD**

**Conroe**          **TX**     **77304**

Date or dates debt was incurred
Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Concrete**

Is the claim subject to offset?
☒ No
☐ Yes

$11,669.35

---

**3.7** Nonpriority creditor's name and mailing address

**Star Capital Group**
**891 Cassatt Rd**
**Suite 200**

**Berwyn**          **PA**     **19312**

Date or dates debt was incurred
Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Skid Steer Insurance**

Is the claim subject to offset?
☒ No
☐ Yes

$59.27

---

**3.8** Nonpriority creditor's name and mailing address

**TEX-GAS Welding Supply**
**12771 Market St**

**Houston**          **TX**     **77015**

Date or dates debt was incurred
Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Welding Supples**

Is the claim subject to offset?
☒ No
☐ Yes

$43.30

---

Debtor **Triple J. Services, TX LLC**       Case number (if known) _____

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| **3.9** | Nonpriority creditor's name and mailing address |
|---|---|

**Texas Landscape & Construction**
**516 Wallisville RD**

**Liberty          TX     77575**

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**landscaping Srv**

Is the claim subject to offset?
☑ No
☐ Yes

$16,578.00

| **3.10** | Nonpriority creditor's name and mailing address |
|---|---|

**White Cap**
**12522 Upland Way**

**Baytown          TX     77523**

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Construction**

Is the claim subject to offset?
☑ No
☐ Yes

$33,691.00

Debtor   **Triple J. Services, TX LLC**                                     Case number (if known) _____

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|   |   | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $0.00 |
| 5b. **Total claims from Part 2** | 5b. + | $199,367.39 |
| 5c. **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | **$199,367.39** |